## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Eastern District of New York

Index Number: 1:18-CV-04061-ILG PK

Date Filed: _____

Plaintiff:
**UNITED STATE OF AMERICA**

vs.

Defendant:
**MOSHE LAX, ET AL.,**

For:
STEPHANIE WEINER CHERNOFF
UNITED STATES DEPARTMENT OF JUSTICE-TAX DIVISION
P.O. BOX 55 BENJAMIN FRANKLIN STATION
WASHINGRTON, DC 20044

Received by Direct Process Server LLC on the 17th day of July, 2018 at 12:16 pm to be served on **MOSHE LAX, 1653 58TH STREET, BROOKLYN, NY 11204.**

I, Joseph Gill, do hereby affirm that on the **18th day of July, 2018 at 10:10 am, I:**

**SUBSTITUTE** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT, NOTICE, NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE, TEMPORARY RESTRAINING ORDER AND ORDER REQUIRING DEFENDANTS TO APPEAR AND SHOW CAUSE WHY THEY SHOULD NOT BE PRELIMINARILY ENJOINED, AND EXHIBITS** with the date and hour of service endorsed thereon by me, to: **FAYE LAX** as **DAUGHTER** at the address of: **1653 58TH STREET, BROOKLYN, NY 11204,** the within named person's usual place of **Abode,** who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Marital Status:** Based upon inquiry of party served, they refused to state whether or not the Defendant is married.

**Description** of Person Served: Age: 22, Sex: F, Race/Skin Color: WHITE, Height: 5'3", Weight: 125, Hair: BLONDE, Glasses: N



## RETURN OF SERVICE For 1:18-CV-04061-ILG PK

I certify that I am over the age of 18, have no interest in the above action. Under penalties of perjury, I declare pursuant to 28 USC 1746 that I have read the foregoing document and the facts stated are true and correct.

Executed on: 7/18/2018
Date

*Joseph Gill*
Joseph Gill

Direct Process Server LLC
22 Southern Blvd
Suite 103
Nesconset, NY 11767
(631) 406-6989

Our Job Serial Number: DPR-2018001980

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.2p