UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

United States of America v. Moshe Lax, et al.

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE
18-cv-04061

------------------------------------------------------------X

TO:    Opposing Counsel

Stephanie Weiner Chernoff, Steven Tennyson

Trial Attorneys, U.S. Dept. of Justice, Tax Division

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, we will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of movant, a member of the firm of Kostelanetz & Fink, LLP and a member in good standing of the bar(s) of the State(s) of Tennessee and New York, as attorney pro hac vice to argue or try this case in whole or in part as counsel for Plaintiff/Defendant Zlaty Schwartz.

There are no pending disciplinary proceedings against me in any State or Federal court. (If there are any disciplinary proceedings, describe them.)

Respectfully submitted,

Dated: 7/31/2018

Signature of Movant
Firm Name Kostelanetz & Fink, LLP
Address 7 World Trade Center, 34th Floor
New York, NY 10007
Email sjosey@kflaw.com
Phone (212) 808-8100