```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X
                                                      :
UNITED STATES OF AMERICA                              :
                                                      :
                        Plaintiff,                    :
                                                      :
        -against-                                     :     Case No. 1:18-CV-04061
                                                      :
MOSHE LAX, et al.,                                    :
                                                      :
                        Defendants.                   :
                                                      :
                                                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - X
```

**AFFIDAVIT OF STEPHEN A. JOSEY IN SUPPORT OF
MOTION TO ADMIT COUNSEL *PRO HAC VICE***

STEPHEN A. JOSEY, being duly sworn, hereby deposes and says as follows:

1. I am an associate with the law firm of Kostelanetz & Fink, LLP.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3. As shown in the Certificates of Good Standing annexed hereto I am a member in good standing of the Bar of the States of New York and Tennessee.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

//

//

//

7. Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this one case for Defendant Zlaty Schwartz.

Dated: 7/31/2018

_____
STEPHEN A. JOSEY
Kostelanetz & Fink, LLP
7 World Trade Center, 34th Floor
New York, NY 10007
Tel: (212) 808-8100
Fax: (212) 808-8108
sjosey@kflaw.com

Sworn and subscribed to me this 31ST day of July, 2018.

_____
NOTARY PUBLIC

CATHERINE CAPORUSSO
Notary Public, State of New York
No. 0CA7911662
Qualified in Richmond County
Commission Expires 4/30/2022