# Greenfield Stein & Senior, LLP
## Attorneys at Law
### 600 Third Avenue, New York, N.Y. 10016
#### www.gss-law.com

ANNE C. BEDERKA
HARVEY E. CORN
GARY B. FREIDMAN
ANGELO M. GRASSO
ALAN E. KATZ
CHARLES T. SCOTT
NORMAN A. SENIOR
PAUL T. SHOEMAKER
KENNETH L. STEIN

COUNSEL
ALAN C. ROTHFELD

TEL: (212) 818-9600
FAX: (212) 818-1264
E-MAIL: PSHOEMAKER@GSS-LAW.COM

October 22, 2018

**BY ECF**

Hon. Peggy Kuo
United States Magistrate Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

    Re: *United States v. Lax, et al.*, 18-cv-04061 (ILG) (PK)
        Our File No.: 10444-1

Dear Magistrate Judge Kuo:

    We represent defendants Judith Lax and J.L., a minor. We write to request an extension of the time for them to respond to the complaint until November 21, 2018. Plaintiff has consented to this request.

    This is our first request for an extension. Our clients were served on September 14, 2018, so their response was due on October 5. We have just been retained, however, and, due to the complexity of the case, we need additional time to prepare the response.

    We also ask the Court's permission for Judith Lax to act as the Guardian for her minor child, J.L., in this matter. We respectfully submit that such an order is appropriate pursuant to Rule 17 (c) of the Federal Rules of Civil Procedure. There is no conflict between the interests of Judith Lax and those of her child and no reason why she cannot adequately protect the child's interest. See e.g., U.S. v. Noble, 269 F.Supp 814(E.D.N.Y. 1967) (Weinstein, J.) (appointment of parent as Guardian ad Litem is

Hon. Peggy Kuo
United States Magistrate Judge
Eastern District of New York
United States Courthouse
October 22, 2018
Page 2

appropriate where there is no conflict; doing so will provide for adequate protection of the interests of the infant and save the expense of having someone other than the parent appointed as Guardian ad Litem).

We thank the Court for its attention to this matter.

Respectfully submitted,

*Paul T. Shoemaker*

Paul T. Shoemaker

Copies To:

All parties (via ECF)