

**U.S. Department of Justice**

**Tax Division**

*Trial Attorney: Steven S. Tennyson*  
*Attorney's Direct Line: 202-307-0872*  
*Fax No.: 202-514-5238*  
*Steven.Tennyson@usdoj.gov*

Please reply to:    Civil Trial Section, Northern Region  
P.O. Box 55  
Washington, D.C. 20044

REZ:DMK:SSTennyson  
DJ 5-52-20275  
CMN 2017102332

February 15, 2019

*Via ECF*

Hon. Peggy Kuo  
United States District Court  
Eastern District of New York  
225 Cadman Plaza East,  
Brooklyn, NY 11201

      Re:    *United States of America v. Moshe Lax, et al.,*  
               1:18-cv-04061-ILG-PK

Dear Judge Kuo:

      I represent the plaintiff United States of America in this action. I write to report on the status of discovery pursuant to the Court's Order dated November 7, 2018.

      On December 21, 2018, the appropriations act that had been funding the United States Department of Justice expired and appropriations to the Department lapsed. Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342. Effective January 25, 2019, Congress passed legislation restoring funding to the Department of Justice. Accordingly, the government was closed for 35 days, limiting the parties' ability to advance the progress of discovery.

      The parties have exchanged initial disclosures, document requests, and interrogatories. In light of the government shutdown, however, the parties have agreed to extend the deadline to respond to these requests until March 1, 2019, or a later agreed-upon date.

- 2 -

      All parties have been provided with this letter, and have consented to the content of this status report (with the exception of Moshe Lax who did not object to the filing of this status report).

                                      Respectfully submitted,

                                      */s/ Steven S. Tennyson*
                                      STEVEN S. TENNYSON
                                      Trial Attorney
                                      Civil Trial Section, Northern Region

- 3 -

**Certificate of Service**

      I hereby certify that on this 15th day of February, 2019, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification to all parties that have entered an appearance.

                                            */s/ Steven S. Tennyson*
                                            STEVEN S. TENNYSON
                                            Trial Attorney
                                            United States Department of Justice, Tax Division