**EXHIBIT A**

FILED: NEW YORK COUNTY CLERK 02/29/2016 03:30 PM        INDEX NO. 159045/2012
NYSCEF DOC. NO. 521                                     RECEIVED NYSCEF: 02/29/2016

SUPREME COURT OF THE STATE OF NEW YORK
NEW YORK COUNTY                           Index No. 159045/2012

---

MADISON AVENUE DIAMONDS LLC and
SHAINDY LAX,

              Plaintiffs and Counterclaim-Defendants,

-against-

KGK JEWELRY LLC,

              Defendant and Counterclaim-Plaintiff

---

## [PROPOSED] JUDGMENT

Defendant and Counterclaim-Plaintiff, KGK JEWELRY LLC ("Counterclaim-Plaintiff"), having moved this Court for an order awarding summary judgment in favor of Counterclaim-Plaintiff and against the Plaintiff and Counterclaim-Defendants, MADISON AVENUE DIAMONDS LLC and SHAINDY LAX's ("Counterclaim-Defendants") on all of Counterclaim-Plaintiff's counterclaims and dismissing the Counterclaim-Defendants' Amended Complaint in its entirety, and upon all papers, pleadings and proceedings heretofore had herein,

NOW, upon application of Sabharwal & Finkel, LLC, attorneys for Counterclaim-Plaintiff KGK JEWELRY LLC, it is hereby:

1

ADJUDGED that summary judgment is granted in favor of the Defendant and Counterclaim-Plaintiff KGK JEWELRY LLC and against the Counterclaim-Defendants MADISON AVENUE DIAMONDS LLC and SHAINDY LAX; and it is further

ADJUDGED that the Amended Complaint is dismissed in its entirety, and with prejudice; and it is further

ADJUDGED that the Counterclaim-Defendants' cross-motions to compel discovery and for leave to amend the Amended Complaint are denied in their entirety, and with prejudice; and it is further

ADJUDGED that the Settlement Agreement entered into by the Counterclaim-Plaintiff and the Counterclaim-Defendants on June 28, 2012 (the "Settlement Agreement") is valid, binding and enforceable against the Counterclaim-Defendants, and Counterclaim-Defendants are in material breach of the Settlement Agreement; and it is further

ADJUDGED that the Security Agreement entered into by the Counterclaim-Plaintiff and the Counterclaim-Defendants on October 8, 2010 (the "Security Agreement") is valid, binding and enforceable against the Counterclaim-Defendants, and constitutes the continuing rights and obligations of the parties thereto with respect to Counterclaim-Plaintiff's security interest in the collateral specified therein; and it is further

ADJUDGED that the Personal Guarantee entered into by the Counterclaim-Defendant SHAINDY LAX in favor of Counterclaim-Plaintiff on October 8, 2010 (the "Personal Guarantee") is valid, binding and enforceable against the Counterclaim-Defendant SHAINDY LAX; and it is further

ADJUDGED that the Defendant and Counterclaim-Plaintiff KGK JEWELRY LLC, with its principal office at 70 West 36th Street, 6th Floor, New York, New York 10018, shall have judgment and recover from the Plaintiffs and Counterclaim-Defendants MADISON AVENUE DIAMONDS LLC, with its principal office at 10 West 46th Street, Suite 1703, New York, New York 10036, and SHAINDY LAX, residing at 1653 58th Street, Brooklyn, New York 11204, jointly and severally, in the principal amount of Two Million Three Hundred and Seventy-Five Thousand Dollars ($2,375,000) (the "Principal"), with pre-judgment statutory interest at nine percent (9%) per annum on the Principal, accruing from December 18, 2012, with pre-judgment statutory interest amounting to Five Hundred seventy one Thousand Five Hundred Sixty one and sixty four cents Dollars ($571,561.64) as of August 21, 2015, and additional pre-judgment interest accruing from August 21, 2015 through the date that a final Judgment is entered in the sum of $112,438.36, together with costs and disbursements in the amount of Five Hundred Ninety Dollars ($590.00) for the aggregate amount of Three Million Fifty Nine Thousand Five Hundred Ninety Dollars ($3,059,590.00) (the "Aggregate Judgment Amount"); and it is further

2/29/16 (6330 Ext. 4) Judgment corrected as per conv. attorney Edward Liv of Justice Ramos Matter

ADJUDGED that post-judgment statutory interest shall be calculated at the statutory rate of nine percent (9%) per annum, ~~at the per diem rate of $_____ on the amount of the Principal from the date hereof~~ until this Judgment has been fully satisfied;

AND let the Defendant and Counterclaim-Plaintiff have execution thereof.

3

The Clerk is directed to enter judgment accordingly.

9/23/15

_____
Hon. Charles E. Ramos, J.S.C.

**HON. CHARLES E. RAMOS**

JUDGMENT SIGNED AND ENTERED this 29 day of February 2016.

_____
Milton A. Tingling
Clerk of New York County

**FILED**
FEB 29 2016
COUNTY CLERK'S OFFICE
NEW YORK

4

SUPREME COURT OF THE STATE OF NEW YORK
NEW YORK COUNTY

Index No. 159045/2012

MADISON AVENUE DIAMONDS LLC and
SHAINDY LAX,

        Plaintiffs and Counterclaim-Defendants,

-against-

KGK JEWELRY LLC,

        Defendant and Counterclaim-Plaintiff

## BILL OF COSTS

### COSTS

| | |
|---|---|
| Fee Before Note of Issue | $200 |

### DISBURSEMENTS

| | |
|---|---|
| Request for Judicial Intervention | $95 |
| Motion Expenses | $45 |
| Stenographers' Fees (EBT) *a copy of the invoice attached* | $250 |
| Clerk's Fees Entering Judgment | ~~$45~~ |
| TOTAL COSTS AND DISBURSEMENTS | ~~$635~~ $590.00 |

I HEREBY CERTIFY THAT I HAVE ADJUSTED THIS BILL OF COSTS AT $ 590

FEB 29 2016

_____
Clerk of the Court

[signature] CLERK

2

ADAM FINKEL, an attorney duly admitted to practice law before the Courts of this State, affirms the following under penalty of perjury:

1. I am a member of Sabharwal & Finkel, LLC, counsel of record for the Defendant and Counterclaim-Plaintiff in the above-entitled action.

2. The foregoing costs and disbursements are true and correct to the best of my knowledge and belief, and have been or will necessarily be made or incurred in this action and are reasonable in amount.

Dated: New York, New York
September 7, 2015

ADAM FINKEL

FILED
FEB 29 2016
COUNTY CLERK'S OFFICE
NEW YORK

3

```
|||||| |||| ||||| ||||| ||||| |||| ||||| |||| |||
         105833857
```

Reporters Central, LLC  
363 Seventh Avenue, 21st Floor  
New York, NY 10001 (212) 594-3582

RATSUS: RC



ENTERED APR - 3 2014 GT-DORAL-A/P

RECEIVED APR 01 2014

A/P - DORAL - GT

RACHEL IZOWER-FADDE, ESQ.  
Greenberg Traurig, LLP  
200 Park Avenue  
New York, NY  10166

Invoice #: 30612  Invoice Date: 3/20/2014  Job #: 2014-0071  Job Date: 3/12/2014

#022151/0001 Madison Avenue Diamonds v.  
KGK Jewelry LLC, et al.

| Description | Units | Cost | Total |
|---|---|---|---|
| Uncertified Draft ASCII | 297 | $1.75 | $519.75 |
| Exhibit Scanning and Emailing | 554 | $0.55 | $304.70 |
| One Copy - ADAM SNUKAL | 328 | $2.50 | $820.00 |
| United Parcel Service | 1 | $15.00 | $15.00 |
| Final ASCII+PDF+Condensed Transcript | 1 | $0.00 | $0.00 |

GT - NEW YORK (21) - A/P  
Vendor # 12198  
G/L # _____ DEPT# _____  
C/M # 139606 010300  
Approval: X _____ Signature  
Name: _____ TKPR# RIZ  
Use Tax _____  
Capital Expense _____ YES ☐ N/A

INVOICE TOTAL: $1659.45  
AMOUNT DUE:   $1659.45

Thank you for giving us the opportunity to serve you.

FILED FEB 29 2016 COUNTY CLERKS OFFICE NEW YORK

OK to pay  
Rachel Izower-Fadde

139606.010300

BALANCE DUE 30 DAYS AFTER INVOICE DATE.  DUE DATE: 4/19/2014

TO ENSURE PROPER CREDIT TO YOUR ACCOUNT RETURN YELLOW INVOICE WITH CHECK  
FEDERAL TAX I.D. NO. 13-4066056

SUPREME COURT OF THE STATE OF NEW YORK
NEW YORK COUNTY

Index No. 159045/2012

MADISON AVENUE DIAMONDS LLC and
SHAINDY LAX,

        Plaintiffs and Counterclaim-Defendants,

-against-

KGK JEWELRY LLC,

        Defendant and Counterclaim-Plaintiff

**BILL OF COSTS**

*Judgment mel* [handwritten]

FILED AND DOCKETED
FEB 29 2016
AT N.Y. CO. CLK'S OFFICE

**SABHARWAL & FINKEL, LLC**
*Attorneys for Defendant and Counterclaim-Plaintiff*
250 Park Avenue, 7th Floor
New York, New York 10177
Tel. (646) 409-2789
Fax. (212) 289-2296