UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

————————————————————————x

UNITED STATES OF AMERICA,                               :
                                                        :
        *Plaintiff,*                             :
                                                        :
        *v.*                                    :
                                                        :
MOSHE LAX, individually, as an executor of              :
the Chaim Lax Estate, as a trustee of the Chaim         :
Lax Family Trust, and as a trustee of the GAMA          :
Trust; ZLATY SCHWARTZ, individually, as                 :
executor of the Chaim Lax Estate, as trustee of the     :    No. 1:18-cv-04061
Chaim Lax Family Trust, and as a trustee of the         :
GAMA Trust; SHAINDY LAX; JUDITH LAX;                    :
J.L., a minor; 299 HEWES STREET REALTY                  :
CORP; 307 HEWES STREET REALTY CORP;                     :
JBAM REALTY LLC, a/k/a JBAM REALTY 2                    :
LLC; BEN ZION JACOBOWITZ; TOBY                          :
JACOBOWITZ; SL HOLDINGS I, LLC;                         :
SL HOLDINGS II, LLC; SL HOLDINGS III, LLC;             :
SL HOLDINGS IV, LLC; SL HOLDINGS V, LLC;               :
DIAMOND DYNAMICS LLC; KGK JEWELRY                       :
LLC; CONGREGATION BAIS YEHUDAH                          :
D'GANITCH; LX HOLDINGS LLC;                             :
MORRIS SCHLAGER; GITTY SCHLAGER;                        :
JOSEPH GREEN; HANNAH GREEN;                             :
HENNY GREEN; and HERSHI GREEN,                          :
                                                        :
        *Defendants.*                           :

————————————————————————x

## MOTON FOR LEAVE TO WITHDRAW AS CO-COUNSEL

The undersigned counsel Pingping Zhang hereby moves to withdraw as co-counsel for

Plaintiff United States of America.  Undersigned counsel will leave the U.S. Department of

Justice on January 24, 2020 and will no longer be able to represent the United States in the

above-captioned case.

**WHEREFORE**, the undersigned counsel Pingping Zhang respectfully requests that an

Order be entered permitting her to withdraw as attorney of record for Plaintiff United States of

America.

Date: January 22, 2020

UNITED STATES OF AMERICA
RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General
U.S. Department of Justice, Tax Division


*/s/ Pingping Zhang*
PINGPING ZHANG
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Washington, D.C.  20044
202-305-2165 (v)
202-514-5238 (f)
Pingping.Zhang@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on January 22, 2020, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered participants.

*/s/ Pingping Zhang*
PINGPING ZHANG
Trial Attorney
U.S. Department of Justice, Tax Division