

BALISOK & KAUFMAN PLLC
ATTORNEYS AT LAW

January 29, 2020

**Via ECF**
Hon. Judge Peggy Kuo
U.S. Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11210

      **RE:**   *Unites States v. Lax, et al.*; Docket No: 1:18-cv-04061(ILG)(PK)
            **Status Report**

Dear Judge Kuo:

    Out firm represents Defendant Shaindy Lax in the above-referenced litigation.

    Pursuant to the Court's January 13, 2020 order, we write to advise the Court that, at this time, Mrs. Lax does not have any objections to the contents of the status report filed by the Plaintiff on January 9, 2020.

    Please note that the above is not intended as a waiver of Mrs. Lax's right to attend the deposition of any party or non-party in this matter.

    We thank the Court for its kind attention to this matter and are available at the Court's convenience.

                                          Respectfully submitted,

                                          *Joseph Y. Balisok*
                                          Joseph Y. Balisok, Esq.

cc:

    **Via ECF**
    All Rerpesented Parties

    **Via Regular U.S. Mail**
    Moshe Lax
    1653 58th Street
    Brooklyn, NY 11204