**Gadelhak, Ali (TAX)**

| | |
|---|---|
| **From:** | CTS-Northern <CTS-Northern1@tax.USDOJ.gov> |
| **Sent:** | Tuesday, July 28, 2020 6:45 PM |
| **To:** | Tax-SharePoint |
| **Subject:** | FW: Activity in Case 1:18-cv-04061-ILG-PK United States of America v. Lax et al Status Conference |

-------------------------------------------
From: ecf_bounces@nyed.uscourts.gov[SMTP:ECF_BOUNCES@NYED.USCOURTS.GOV]
Sent: Tuesday, July 28, 2020 6:42:33 PM
To: nobody@nyed.uscourts.gov
Subject: Activity in Case 1:18-cv-04061-ILG-PK United States of America v. Lax et al Status Conference
Auto forwarded by a Rule

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## U.S. District Court

## Eastern District of New York

## Notice of Electronic Filing

The following transaction was entered on 7/28/2020 at 6:42 PM EDT and filed on 7/28/2020
**Case Name:**  United States of America v. Lax et al
**Case Number:** 1:18-cv-04061-ILG-PK
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**MINUTE ENTRY: Status conference held via telephone on July 28, 2020 before Magistrate Judge Peggy Kuo. Attorneys Kari Larson and Philip Leonard Bedner appeared on behalf of plaintiff. Attorney Paul Thomas Schoemaker appeared on behalf of defendants Judith Lax and J.L. (a minor). Attorneys James John Mahon, Jr. and Oliver Edwards appeared on behalf of defendant Zlaty Schwartz. Attorney Soloman Klein appeared on behalf of defendants Morris Schlager, Gitty Schlager, Joseph Green, Hannah Green, Henny Green, Hershi Green, and 299 Hewes Street Realty Corp. Attorney Greg Penn appeared on behalf of defendant 307 Hewes Street Realty Corp. Attorney Donald Jay Pols appeared on behalf of defendant JBAM Realty LLC. Moshe Lax appeared pro se. Defendants KGK Jewelry LLC, Congregation Bais Yehudah Dganitch, LX Holdings LLC, SL Holdings I, LLC, SL Holdings II, LLC, SL Holdings III, LLC, SL**

**Holdings IV, LLC, SL Holdings V, LLC, Diamond Dynamics LLC, Tony Jacobowitz, Ben Zion Jacobowitz, and Shaindy Lax did not appear.**

**The deadline for Mr. Lax to complete his privilege review is August 31, 2020. The parties agreed that depositions can be conducted through remote means rather than in-person, in light of the COVID-19 pandemic. Counsel for defendant Zlaty Schwartz also indicated that she does not intend to depose all the witnesses listed. The parties are encouraged to schedule and conduct depositions efficiently and with sufficient time to complete discovery within the deadlines. A further telephone status conference is scheduled for October 19, 2020 at 10:00 am. The parties are directed to call toll free (877) 336-1274 and input the Access Code 1453850 at the time of the Conference. No additional security code is needed. Once all parties are on the line, the call will be connected.
Plaintiff made an oral request for an order to show cause with regard to non-party Martin Ehrenfeld as described in [160] at 8. The Court granted the request and orders Martin Ehrenfeld to show cause why he should not be held in contempt for failure to comply with the Court order of May 14, 2020 ordering him to make certain productions no later than June 30, 2020. A show cause hearing is scheduled for August 4, 2020 at 11:00 am. before Magistrate Judge Peggy Kuo. The parties are directed to call toll free (877) 336-1274 and input the Access Code 1453850 at the time of the Conference. No additional security code is needed. Once all parties are on the line, the call will be connected. Plaintiff is directed to provide a copy of this minute entry to Mr. Ehrenfeld and file proof of service on the docket. (FTR Log # 11:08 - 11:41) (Cornelssen, Cornelius)**

**1:18-cv-04061-ILG-PK Notice has been electronically mailed to:**

Craig E. Penn     cpenn@phillipsnizer.com, docket@phillipsnizer.com

Moshe Mortner     mrmortner@gmail.com

Glenn H. Spiegel     gspiegel@beckerlawyers.com, gslaw72@yahoo.com, ssalgado@beckerlawyers.com, yhiciano@beckerlawyers.com

Donald Jay Pols     dpols@bptaxlaw.com, silieb@aol.com

Paul Thomas Shoemaker     pshoemaker@gss-law.com

Solomon N. Klein     sklein@schlamstone.com

Steven Y. Yurowitz     syurowitz@newmangreenberg.com

James John Mahon, Jr     jmahon@beckerlawyers.com, oedwards7@beckerlawyers.com, salesser@beckerlawyers.com, ssalgado@beckerlawyers.com, yhiciano@beckerlawyers.com

Doron Aviram Leiby     dleiby@millerleiby.com

Joseph Y Balisok     joseph@lawbalisok.com, JosephHarrisonEsq@Gmail.com, balisok@gmail.com, zev@lawbalisok.com

Stephanie W. Chernoff     stephanie.w.chernoff@usdoj.gov, northern.taxcivil@usdoj.gov

Oliver Edwards     oedwards7@bplegal.com, ssalgado@beckerlawyers.com, yhiciano@beckerlawyers.com

Steven S. Tennyson      steven.tennyson@usdoj.gov, northern.taxcivil@usdoj.gov

Sarah Emily Klein      sklein@beckerlawyers.com

Philip Leonard Bednar      philip.l.bednar@usdoj.gov, northern.taxcivil@usdoj.gov

Kari Larson      kari.m.larson@usdoj.gov

Ali Gadelhak      ali.gadelhak@usdoj.gov, Northern.Taxcivil@USDOJ.gov

Moshe Lax      Moshelax@gmail.com

**1:18-cv-04061-ILG-PK Notice will not be electronically mailed to:**