EXHIBIT E

# (R) E V O L V E

LEADING THE (R)EVOLUTION OF RETAIL.



THE WAY PEOPLE SHOP
HAS CHANGED FOREVER

# A CHANGING ENVIRONMENT REQUIRES ADAPTATION

**Distribution channels in flux**

TRADITIONAL RETAIL LOSING SALES TO ONLINE RETAILERS (Think Walmart versus Amazon or Nordstrom versus Net-A-Porter.Com)

**Brands historically used physical distribution to market**

HAVING A DIFFICULT TIME DIFFERENTIATING ONLINE BECAUSE LESS OPPORTUNITIES TO TOUCH THE CUSTOMER (Think Kleenex shelf space Versus Brandless, LVMH in Saks versus brand with online distribution only, etc)

**New consumer brands whose products are entirely online**

GROWTH OF PURELY ONLINE BRANDS THAT ARE LOOKING FOR MORE OPPORTUNITY TO INTERACT WITH CUSTOMERS (Think Google, Netflix, Etc)



3



# RISE OF THE MILLENIAL

**Who's driving these profound changes in the market?**

## THE 96M MILLENIALS

(biggest generation in U. S history born between 1980-2000)

# THIS IS YOUR CUSTOMER

## THE AVERAGE HUMAN ATTENTION SPAN IS NOW SHORTER THAN A GOLDFISH



**2012**
12 seconds



**2015**
8 seconds



**GOLDFISH**
9 seconds

**THE QUESTION**

# How do you get millennials to care about your brand?



MILLENIALS VALUE EXPERIENCES

# You need to get them to feel, think, and share

# EXPERIENCES DOMINATE MINDSHARE



# BRANDS NEED TO ENGAGE THE MINDS OF CUSTOMERS

## PEOPLE REMEMBER

 **10%** of what they **hear**

 **20%** of what they **read**

 **80%** of what they **see/do**

EXPERIENTIAL POP-UP
# THE LIVING BILLBOARD



Google                                    Calvin Klein/ Amazon                    Vitamin Water



Tiffany                                   Netflix                                 LVMH/ Jeff Koons

# WHAT IS AN EXPERIENTIAL POP-UP SPACE?



Experiential Pop-Up" retail allows a company to create a unique environment that engages their customers and generates a feeling of relevance and interactivity. They create an experience for their customers to build brand awareness.

# R E S U L T S

## 9 OUT OF 10 CHIEF MARKETING OFFICERS SAY

**That brand activation events and experiences**

- Deliver strong face-to-face interaction

- Creat compelling brand engangement and awareness

- Create ongoing and long lasting realationships with consumers

- Weaves loyalty and fondness from the consumers

- Gets millennials to share experiences with friends and family via social media



# BRANDED EVENTS HAVE EXPERIENCED A RENAISSANCE

**"Have you done any one of the following activities at a branded event?"**

Shared a photo on social

**81%**

Used the event's hashtag on social

**71%**

Followed the brand on social

**67%**

Signed up for an email list

**56%**

Checked in on Swarm

**12%**

**"Would you be open to receiving a personalized email offer from a brand following an event?"**



**92%**
Yes, I'd be open to it

# HOW DO EXPERIENTIAL POP-UPS CREATE VALUE?



**Omni channel is how brands are driving traffic and interest in brand**

**Interactivity will be an important component (AR/VR, events, workshops and demos, etc.)**

**Blending physical and digital spaces**

**Access to influencer economy (e.g. Instagramable  locations)**

**Brands can control how they are viewed more directly**

New Brand activation

Testing of new concepts rather than online rollout

15

# A SUCCESSFUL EXPERIENTIAL POP-UP...



**Creates Anticipation  - Special / Temporary / Limited Time**

**Is Shareable – Grand, Beautiful or unique. Instragramable**

**Engages Multiple Senses – See, Touch, Taste, Smell, Hear**

**Is Fresh and New**

**Is Popular – Creates FOMO feeling**





**"Experiential is a uniquely fast and effective way to build brand awareness one-to-one connections with consumers. It engages all five senses, sparking emotions that form lasting memories which have been shown to drive brand loyalty."**

**B R Y A N   I C E N H O W E R**

President of WME | IMG's experiential agency IMG Live

# BRAND STRUGGLE
# WITH POP-UP STRATEGY



- Lack of suitable pop up spaces in prime corridors

- Inability to book in advance, in line with marketing dollars spent planning

- Spaces often need renovations

- Spaces not equipped with latest retail technology

19

# ( R ) E V O L V E

## IS LEADING IN THE EXPERIENTIAL POP-UP REVOLUTION



- Go to solution for Plug and Play Pop Up space in best retail locations of the world

- Best technology partners (VR, AR, beacon technology etc)

- Here to stay - Brands can plan their experiential efforts in advance

- 1 existing location, 5 in development



### MARTIN EHRENFELD,
### CEO

martin.ehrenfeld@8xperiential.com

Has graduated from Yeshiva College in Israel.

He has developed some of the largest and earliest condo/rental Projects in North Williamsburg,

He has put together large parcel assemblages in Manhattan for Condo and Retail development.

Has restructured some complicated deals and the deal holders Troubled Financial portfolios.

Martins various dealings have led him into successfully structuring early Stage Fashion companies.

Martin is known for his entrepreneurial deal making , as an Identifier of early Trends and for his Methodical Analysis skills in finance, legal and business development.

Martins intuitive entrepreneurship combined with his Analytical approach is the key of His successes.



### VIK JINDAL,
### CHIEF OF FINANCE
### AND STRATEGY

Vik Jindal has 17 years of professional experience as an investor and investment banker.

As an investment banker, Vik led teams advising companies in complex transactions including recapitalizations, reorganizations, restructurings, financings, spinoffs, workouts, exchange offers, acquisitions, divestitures and management led buyouts.

Most recently, Vik was a Managing Director in the Restructuring and Debt Advisory Group of Evercore Partners, Inc. Prior to joining Evercore, Vik worked in the Restructuring Group at Rothschild and as a Senior Investment Analyst at MFP Investors, the investment firm of noted value investor Michael Price, with a focus on distressed and deep value investments.

Vik received his MBA from Columbia Business School where he was recognized for the highest academic record in his graduating class. He also holds a Bachelor of Science degree in Biomedical Engineering from Johns Hopkins University.



Julia graduated from Moscow State University (MGU) in Russia.

Julia has worked on various deals in the real estate arena including retail and office leasing – from publicly traded Fortune 500 companies to foreign conglomerates.

Julia is known for her ability to figure out complex deals, form strategic relationships and being a valuable resource.  Julia has chaired a 400-person black tie charity gala event for the past several years where she managed a group of 20+ host committee members and was responsible for fundraising as well as contract negotiation.

Julia's network ranges from local companies, national firms as well as international corporations entering the US.  Her ability to plan and execute while maintaining relationships long term is her key to success.

### JULIA MAKSIMOVA,
### COO

julia.maksimova@8xperiential.com



Milan joins 8xperiential from a ten year background in finance. After graduating Columbia University with a B.S in Operations Research, Milan has traversed the financial services sector, holding a variety of positions at top tier financial institutions, hedge funds and as a business consultant.

Often referred to as a "numbers guy," Milan is able to utilize his technical and business savvy to achieve optimal results for his clients. His experience in business consulting lent itself to finding creative solutions to tackling challenging problems. As an experienced real estate investor and technologist, Milan understands the time sensitivity of a deal and assists clients in creating systematic and scalable analysis. He has a keen ability to strategically negotiate and leverages his unique skill set in every endeavor.

Over the years, Milan has developed an extensive network of finance and real estate professionals and is able to comfortably navigate the changing tides of the NYC real estate market.

Milan holds the Chartered Financial Analyst (CFA) designation and is an active member of the New York Society of Security Analysts.

### MILAN PINKUS,
### CFO

milan.pinkus@8xperiential.com



Roy has an MBA in Marketing and Strategy (UCLA) and in last 10 years had leadership roles at Walt Disney's new technology team, Liberty Media's e-commerce division, and in five Internet ventures at Open Media Group. Additionally Roy has prior experience in the financial sector with strategic planning and investments positions at both Credit Suisse and Bank of America, and experience in the healthcare consulting sector where his clients included Pfizer, Amgen, Jhonson & Jhonson, Roche and othters.

### ROY MALKIN,
### CTMO

roy.malkin@8xperiential.com

# B O A R D   O F   A D V I S O R S

**Brian L. White**
LOREM IPSUN DOLOR

**Brian L. White**
LOREM IPSUN DOLOR

**Brian L. White**
LOREM IPSUN DOLOR

**Brian L. White**
LOREM IPSUN DOLOR

**Brian L. White**
LOREM IPSUN DOLOR

**Brian L. White**
LOREM IPSUN DOLOR

**Brian L. White**
LOREM IPSUN DOLOR

**Brian L. White**
LOREM IPSUN DOLOR

**Brian L. White**
LOREM IPSUN DOLOR

**Brian L. White**
LOREM IPSUN DOLOR

**Brian L. White**
LOREM IPSUN DOLOR

**Brian L. White**
LOREM IPSUN DOLOR

**Brian L. White**
LOREM IPSUN DOLOR

**Brian L. White**
LOREM IPSUN DOLOR

**Brian L. White**
LOREM IPSUN DOLOR

# A P P E N D I X

Lorem ipsum dolor sit amet, consectetur adipiscing elit. Fusce vestibulum dolor non rutrum tempor. In at turpis vel augue varius volutpat a ullamcorper arcu. Praesent ut sem suscipit, gravida felis id, tristique leo. In maximus tortor in lobortis luctus. Maecenas ligula mauris, imperdiet et cursus at, elementum nec leo. Duis dolor nunc, maximus nec eros id, auctor pellentesque orci. In semper lorem vel felis maximus, at hendrerit nulla ultrices.

Phasellus quis dui purus. Vestibulum id efficitur neque. Phasellus id nulla hendrerit, feugiat sem vitae, tincidunt sem. Maecenas aliquet dignissim ex, nec vehicula enim molestie ut. Donec imperdiet quam at sagittis sollicitudin. Ut enim est, malesuada at pellentesque at, dignissim et quam. Aliquam mauris orci, laoreet sit amet porta in, sagittis vel turpis. Ut tincidunt porttitor leo quis vehicula. Cras et finibus tortor. Aliquam erat volutpat. Sed vitae arcu vel urna consectetur maximus. Sed non facilisis odio. Aliquam dapibus sit amet lacus sit amet volutpat. Vivamus sed felis massa. Praesent interdum hendrerit dolor, finibus tincidunt nisi iaculis vitae.

Lorem ipsum dolor sit amet, consectetur adipiscing elit. Donec purus ante, ullamcorper non pellentesque a, malesuada vitae sapien. Donec commodo ligula non massa molestie, ut efficitur elit cursus. Fusce rutrum mollis libero non lobortis. Vestibulum interdum sem justo, sed tempus libero tristique sed. Nulla congue enim risus, in feugiat ante malesuada a. Donec tempor lectus nec velit feugiat aliquet. Nam in lectus eleifend, suscipit diam non,

ornare sem. In mattis eleifend ligula, eu faucibus quam porttitor et. Donec blandit nisl sit amet dui ultricies sagittis. Vestibulum tincidunt diam erat, sit amet ultrices lacus vulputate quis. Pellentesque eleifend ligula ut elementum malesuada. Lorem ipsum dolor sit amet, consectetur adipiscing elit. Praesent finibus lectus augue, quis commodo libero congue ut.

Nullam sit amet magna eu ante dictum dictum. Nullam nec mauris dolor. Nunc vel sagittis justo. Interdum et malesuada fames ac ante ipsum primis in faucibus. Quisque convallis augue vitae tincidunt auctor. Pellentesque euismod purus id odio fringilla fermentum. In a euismod nibh.

Proin nec mi eget purus semper aliquam. Orci varius natoque penatibus et magnis dis parturient montes, nascetur ridiculus mus. Sed pharetra tortor eu orci suscipit consectetur et in est. Sed vitae leo tellus. Aenean eu pharetra ante. Phasellus ante libero, interdum vel dignissim eget, rutrum eu magna. In leo mauris, bibendum at sollicitudin non, cursus quis orci. Fusce eu sollicitudin arcu. Fusce id tempor orci. Vestibulum ante ipsum primis in faucibus orci luctus et

# F L A G S H I P   S P A C E

## O N L Y   E X P E R I E N T I A L   P O P   U P   S P A C E   O N   5 T H   A V E .

Fifth avenue's astronomical entry barrier makes it nearly impossible for
competition to sprout up here...



- Beautifully built out 8,000 sq ft. ground and lower level.

- Half a block window frontage and exposure on Fifth Ave.

- Space fully opens up to designer back yard garden.

- Two convenient and EZ accessible loading areas and entrances.

- Outfitted with state of the art lighting and sound systems and AR/ VR Marketing Capabilities.

24



# ( R ) E V O L V E
## T H E   S P A C E



25

# LOCATION

## 800 FIFTH AVE. CORNER SIXTY FIRST STREET, NYC

- Apple Town square and Fifth Avenue luxury shopping corridor to It's left

- Highest income demographics to it's right

- Across the street of Central Park, Barnery's, Tom Ford and the Pierre Hotel



# S P A C E   S P E C S



7,657 SF across two floors

13 ft ceilings on ground and 10ft ceilings in lower level spaces

Dramatic floating staircase

Private steel and glass elevator.

State-of-the-art, dimmable track lighting system with adjustable fixtures

Sound system

Built-in bar

1,900 sf  enclosed private courtyard

Access to 15,000sf garden

8 digital LEDs screens that face Fifth Avenue and the Central Park promenade.

# F L O O R   P L A N S



**G R O U N D**  SCALE: 1/4" = 1'-0"

CELLAR FLOOR TOTAL FLOOR AREA = 3,202.00 S.F.

**C E L L A R** SCALE: 1/4" = 1'-0"

28



(R) E V O L V E

LEADING THE (R)EVOLUTION OF RETAIL.