UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

——————————————————————x

UNITED STATES OF AMERICA,

    *Plaintiff,*

    *v.*

MOSHE LAX, individually, as an executor of the Chaim Lax Estate, as a trustee of the Chaim Lax Family Trust, and as a trustee of the GAMA Trust; ZLATY SCHWARTZ, individually, as executor of the Chaim Lax Estate, as trustee of the Chaim Lax Family Trust, and as a trustee of the GAMA Trust; SHAINDY LAX; JUDITH LAX; J.L., a minor; 299 HEWES STREET REALTY CORP; 307 HEWES STREET REALTY CORP; JBAM REALTY LLC, a/k/a JBAM REALTY 2 LLC; BEN ZION JACOBOWITZ; TOBY JACOBOWITZ; SL HOLDINGS I, LLC; SL HOLDINGS II, LLC; SL HOLDINGS III, LLC; SL HOLDINGS IV, LLC; SL HOLDINGS V, LLC; DIAMOND DYNAMICS LLC; KGK JEWELRY LLC; CONGREGATION BAIS YEHUDAH D'GANITCH; LX HOLDINGS LLC; MORRIS SCHLAGER; GITTY SCHLAGER; JOSEPH GREEN; HANNAH GREEN; HENNY GREEN; and HERSHI GREEN,

    *Defendants.*

——————————————————————x

No. 1:18-cv-04061-ILG-PK

Dist. Judge I. Leo Glasser

Mag. Judge Peggy Kuo

**DECLARATION OF TERRENCE FRASER IN SUPPORT OF PLAINTIFF UNITED STATES' MOTION FOR PARTIAL SUMMARY JUDGMENT**

    I, Terrence Fraser, pursuant to 28 U.S.C. § 1746, declare as follows:

    1.    I am an Estate Tax Attorney employed in the Internal Revenue Service ("IRS") at 290 Broadway, New York, New York.

    2.    In my role as Estate Tax Attorney, I conducted an examination of the Estate of Chaim Lax's federal estate tax liabilities.

1

3. Attached hereto as **Exhibit A** is a true and correct copy of the signed Form 890, Waiver of Restrictions on Assessment and Collection of Deficiency and Acceptance of Overassessment – Estate, Gift, and Generation-Skipping Transfer Tax, for the taxpayer Estate of Chaim Lax's federal estate tax liabilities. The Form 890 resulted from the above-referenced examination.

I declare under penalty of perjury that the foregoing is true and accurate. Executed on this 9th day of November 2020, at New York, New York.

*/s/ Terrence Fraser*
TERRENCE FRASER

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of December, 2020, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered parties.

*/s/ Philip L. Bednar*
PHILIP L. BEDNAR
Trial Attorney, Tax Division
U.S. Department of Justice

| Form **890** (Rev. October 1988) | Department of the Treasury – Internal Revenue Service<br>**Waiver of Restrictions on Assessment and Collection of Deficiency and Acceptance of Overassessment – Estate, Gift, and Generation - Skipping Transfer Tax**<br>*(Please see the instructions on the back of this form)* | Date Received by Internal Revenue Service **RECEIVED** New York, N.Y.<br>**DEC 0 4 2012**<br>INTERNAL REVENUE SERVICE<br>SB/SE Compliance Area 2 |
|---|---|---|

**Part 1. Consent to Assessment and Acceptance of Overassessment**

I consent to the immediate assessment and collection of any deficiencies *(increase in tax and penalties)* and accept any overassessment *(decrease in tax and penalties)* shown below, plus any interest provided by law. I understand that by my signing this waiver, a petition to the United States Tax Court may not be made, unless additional deficiencies are determined.

**Date of Death or Period Ending:** 11/03/2008

| Item | Increase | Decrease |
|---|---|---|
| Tax | $4,456,718 | $0 |
| Penalty | $0 | $0 |
| Total | $4,456,718 | $0 |

If the estate is required to file with the District Director of Internal Revenue evidence of payment of estate, inheritance, legacy, succession, or generation - skipping transfer taxes to any State or the District of Columbia, I understand that such evidence must be filed by _____ , or the credits for these taxes will not be allowed. I also agree to the assessment and collection of the increase in estate tax and penalties of $ _____ based on the disallowed credits, plus interest figured to the 30th day after _____ , or until this increase is assessed, whichever is earlier.



**Exhibit A**

**Estate of** Chaim Lax, ▬▬▬▬

| | | | Date |
|---|---|---|---|
| **Executor or Administrator** | Sign here ▶ By | [signature] | 12/3/12 |
| | Address | | |

| | | | Date |
|---|---|---|---|
| **Executor or Administrator** | Sign here ▶ By | Zlaty Schwartz | 12/3/12 |
| | Address | | |

| **Donor** | Name | Address |
|---|---|---|
| | | |

| **Donor's Signature** | Sign here ▶ By | | Date |
|---|---|---|---|

Form **890** (Rev. 10-88)

IRSPROD-0000269