UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

UNITED STATES OF AMERICA,

    *Plaintiff,*

    *v.*

MOSHE LAX, individually, as an executor of the Chaim Lax Estate, as a trustee of the Chaim Lax Family Trust, and as a trustee of the GAMA Trust; ZLATY SCHWARTZ, individually, as executor of the Chaim Lax Estate, as trustee of the Chaim Lax Family Trust, and as a trustee of the GAMA Trust; SHAINDY LAX; JUDITH LAX; J.L., a minor; 299 HEWES STREET REALTY CORP; 307 HEWES STREET REALTY CORP; JBAM REALTY LLC, a/k/a JBAM REALTY 2 LLC; BEN ZION JACOBOWITZ; TOBY JACOBOWITZ; SL HOLDINGS I, LLC; SL HOLDINGS II, LLC; SL HOLDINGS III, LLC; SL HOLDINGS IV, LLC; SL HOLDINGS V, LLC; DIAMOND DYNAMICS LLC; KGK JEWELRY LLC; CONGREGATION BAIS YEHUDAH D'GANITCH; LX HOLDINGS LLC; MORRIS SCHLAGER; GITTY SCHLAGER; JOSEPH GREEN; HANNAH GREEN; HENNY GREEN; and HERSHI GREEN,

    *Defendants*.

No. 1:18-cv-04061-ILG-PK

Dist. Judge I. Leo Glasser

Mag. Judge Peggy Kuo

---------------------------------------------------------------x

**NOTICE OF PLAINTIFF UNITED STATES OF AMERICA'S MOTION FOR PARTIAL SUMMARY JUDGMENT (COUNT I)**

    PLEASE TAKE NOTICE that upon the accompanying memorandum of law, exhibits, and declarations, Plaintiff United States of America will move this Court, before the Honorable I. Leo Glasser, U.S.D.J., in Courtroom 8B South of the United States Courthouse at 225 Cadman Plaza East, Brooklyn, New York, on a date to be determined by this Court, for an order granting partial summary judgment on Count I of Plaintiff's Amended Complaint (Reduce

1

Estate's Tax Liabilities to Judgment), and for such other and further relief as this Court deems just and equitable.

DATED:  December 11, 2020

        RICHARD E. ZUCKERMAN
        Principal Assistant Attorney General
        U.S. Department of Justice, Tax Division

        */s/ Philip L. Bednar*

        KARI M. LARSON
        Senior Litigation Counsel, Tax Division
        U.S. Department of Justice
        P.O. Box 403
        Washington, D.C. 20044
        P:  202-616-3822
        F:  202-307-2504
        Kari.M.Larson@usdoj.gov

        PHILIP L. BEDNAR
        STEPHANIE W. CHERNOFF
        ALI GADELHAK
        SAMUEL P. JONES
        Trial Attorneys, Tax Division
        U.S. Department of Justice
        P.O. Box 55
        Washington, D.C.  20044
        P:  202-307-6415 (plb), 202-307-2251 (swc), 202-307-0854 (ag), 202-616-9085 (spj)
        F:  202-514-5238 (plb, swc, ag, spj)
        Philip.L.Bednar@usdoj.gov
        Stephanie.W.Chernoff@usdoj.gov
        Ali.Gadelhak@usdoj.gov
        Samuel.P.Jones@usdoj.gov
        Counsel for Plaintiff United States of America

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2020, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered CM/ECF participants.

*/s/ Philip L. Bednar*
PHILIP L. BEDNAR
Trial Attorney, Tax Division
U.S. Department of Justice
