# EXHIBIT I

| Taxpayer Name: **ESTATE OF CHAIM LAX** | Tax Form: 706 | Tax Year: 11/03/2008 |
| TIN: 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 | Employee Name: Terrence H. Fraser, Esq. | |

| Schedule Item No. | Description of Property / Interest | Chaim Lax Statement of Net Worth as of 03/31/2008 | Value of Property / Interest per Form 706 | | Value of Property / Interest per IRS |
|---|---|---|---|---|---|
| | | 03/31/2008 | DOD: 11/03/2008 | AVD: 05/03/2009 | |
| F #9 | 267 Franklin Ave LLC (100% owned) | -0- | $792,000 | $623,000 | no change |
| F #11 | BZL Development LLC (50% owner) | -0- | $534,690 | $446,875 | no charge |
| F #12 | Madison Ave Diamonds (33% owner) | $19,342,629 | $1.00 | $1.00 | no change |
| **Omitted Assets:** | **OMITTED ASSETS:** | | | | |
| C # 9 | Loan Receivable $2,880,000 | $2,880,000 | -0- | -0- | no change |
| #18 | Chaja Kessler Trust $427,000 **(per AAA Settlements, Inc. letter )** | -0- | -0- | -0- | $500,000 |
| F #19 | 2007 Tax Refund $83,192 **(per rep's letter of Oct. 31, 2011)** | -0- | -0- | -0- | $83,192 |