UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

UNITED STATES OF AMERICA,

      *Plaintiff*,

      *v.*

MOSHE LAX, individually, as an executor of the Chaim Lax Estate, as a trustee of the Chaim Lax Family Trust, and as a trustee of the GAMA Trust; ZLATY SCHWARTZ, individually, as executor of the Chaim Lax Estate, as trustee of the Chaim Lax Family Trust, and as a trustee of the GAMA Trust; SHAINDY LAX; JUDITH LAX; J.L., a minor; 299 HEWES STREET REALTY CORP; 307 HEWES STREET REALTY CORP; JBAM REALTY LLC, a/k/a JBAM REALTY 2 LLC; BEN ZION JACOBOWITZ; TOBY JACOBOWITZ; SL HOLDINGS I, LLC; SL HOLDINGS II, LLC; SL HOLDINGS III, LLC; SL HOLDINGS IV, LLC; SL HOLDINGS V, LLC; DIAMOND DYNAMICS LLC; KGK JEWELRY LLC; CONGREGATION BAIS YEHUDAH D'GANITCH; LX HOLDINGS LLC; MORRIS SCHLAGER; GITTY SCHLAGER; JOSEPH GREEN; HANNAH GREEN; HENNY GREEN; and HERSHI GREEN,

      *Defendants*.

No. 1:18-cv-04061-ILG-PK

Dist. Judge I. Leo Glasser

Mag. Judge Peggy Kuo

---------------------------------------------------------------x

**PLAINTIFF UNITED STATES' MEMORANDUM OF LAW IN REPLY TO DEFENDANT MOSHE LAX's OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING COUNT I**

The Plaintiff United States of America submits this memorandum of law in reply to Defendant Moshe Lax's opposition to the United States' motion for partial summary judgment regarding Count I (Reduce Estate's Tax Liabilities to Judgment) of Plaintiff's Amended Complaint (Docket No. 211) ("Opposition").

1

Defendant Moshe Lax's Opposition consists of a declaration in which he joins in and adopts the arguments raised by Defendant Zlaty Schwartz in her opposition papers (Docket Nos. 199-203).  The United States filed its reply to Defendant Schwartz's opposition at Docket No. 213 ("Reply to Zlaty Schwartz Opposition").  Therefore, the United States submits this Reply incorporating all of the arguments it raised in its Reply to Zlaty Schwartz Opposition.

Accordingly, the Court should grant the United States' motion for partial summary judgment on Count I of its Amended Complaint.

DATED:  February 1, 2021

        DAVID A. HUBBERT
        Deputy Assistant Attorney General
        U.S. Department of Justice, Tax Division

        */s/ Philip L. Bednar*

        KARI M. LARSON
        Senior Litigation Counsel, Tax Division
        U.S. Department of Justice
        P.O. Box 403
        Washington, D.C. 20044
        P:  202-616-3822
        F:  202-307-2504
        Kari.M.Larson@usdoj.gov

        PHILIP L. BEDNAR
        STEPHANIE W. CHERNOFF
        ALI GADELHAK
        SAMUEL P. JONES
        Trial Attorneys, Tax Division
        U.S. Department of Justice
        P.O. Box 55
        Washington, D.C.  20044
        P:  202-307-6415 (plb), 202-307-2251 (swc), 202-307-0854 (ag), 202-616-9085 (spj)
        F:  202-514-5238 (plb, swc, ag, spj)
        Philip.L.Bednar@usdoj.gov
        Stephanie.W.Chernoff@usdoj.gov
        Ali.Gadelhak@usdoj.gov
        Samuel.P.Jones@usdoj.gov
        Counsel for Plaintiff United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2021, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered CM/ECF participants.

                                                  */s/ Philip L. Bednar*
                                                  PHILIP L. BEDNAR
                                                  Trial Attorney, Tax Division
                                                  U.S. Department of Justice