**Gadelhak, Ali (TAX)**

| | |
|---|---|
| **From:** | Gadelhak, Ali (TAX) |
| **Sent:** | Monday, June 22, 2020 1:46 PM |
| **To:** | martin Ehrenfeld |
| **Subject:** | RE: Edward P. Gilbert Morrison Cohen LLP |



Thank you. Do you have similar screenshots for the accounting firm you referred to? Did you reach out to any other firms?

Thanks,
Ali

**From:** martin Ehrenfeld <martinehrnfeld@gmail.com>
**Sent:** Monday, June 22, 2020 1:41 PM
**To:** Gadelhak, Ali (TAX) <Ali.Gadelhak@tax.USDOJ.gov>
**Subject:** Edward P. Gilbert Morrison Cohen LLP


Ali,

Please see attached my conversation with Mr. Edward Gilbert from Morrison Cohen LLP.

Thanks

-Martin

1:26 

   

+1 (917) ▮
st seen yesterday at 5:17 PM

> Mr Ehrenfeld: my name is Ed Gilbert. I am David Scharf's partner. Please let me know a good time to speak regarding the Document production for the DOJ matter vs. Moshe Lax. Email is better for me. ▮@morrisoncohen.com.
> 8:26 AM

> Hi, thanks for getting back to me, how is 11:00AM. I'll email u as well
> 9:35 AM ✓✓

> I am tied up today until 1:00. Does 1:00 or anytime after that work for you?
> 9:36 AM

> 1:00 works
> 9:37 AM ✓✓

> Great. What number can I call you on?
> 9:38 AM

> 347▮
> 9:38 AM ✓✓

Thu, May 28

   


 39  +1 (917) ▉▉▉▉ st seen yesterday at 5:17 PM  

Email is better for me.
▉▉▉▉@morrisoncohen.com.
8:26 AM

Hi, thanks for getting back to me, how is 11:00AM. I'll email u as well
9:35 AM

I am tied up today until 1:00. Does 1:00 or anytime after that work for you?
9:36 AM

1:00 works
9:37 AM

Great. What number can I call you on?
9:38 AM

347▉▉▉▉▉▉▉
9:38 AM

Thu, May 28

Hi, I'm just following up on this ?
3:17 PM

We have been unable to locate the documents you seek. Apologies
3:18 PM

   

Sent from my iPhone