**Gadelhak, Ali (TAX)**

| | |
|---|---|
| **From:** | Gadelhak, Ali (TAX) |
| **Sent:** | Friday, July 17, 2020 11:09 AM |
| **To:** | martin Ehrenfeld |
| **Subject:** | RE: Edward P. Gilbert Morrison Cohen LLP |



Exhibit B

Mr. Ehrenfeld:

The Court has asked us to submit a status report next Tuesday, July 21st. I tried giving you a call to discuss, but it seems that your voicemail box is full.

Can you please provide me with a detailed update on your efforts to comply with the subpoena? Last time we spoke you mentioned that you are drafting a privilege log.

Please let me know at your earliest convenience so I can include such information in our status report.

Thank you,
Ali

---

**From:** martin Ehrenfeld <martinehrnfeld@gmail.com>
**Sent:** Monday, June 22, 2020 1:41 PM
**To:** Gadelhak, Ali (TAX) <Ali.Gadelhak@tax.USDOJ.gov>
**Subject:** Edward P. Gilbert Morrison Cohen LLP


Ali,

Please see attached my conversation with Mr. Edward Gilbert from Morrison Cohen LLP.

Thanks

-Martin

> Mr Ehrenfeld: my name is Ed Gilbert. I am David Scharf's partner. Please let me know a good time to speak regarding the Document production for the DOJ matter vs. Moshe Lax. Email is better for me. ██████@morrisoncohen.com.
> 8:26 AM

> Hi, thanks for getting back to me, how is 11:00AM. I'll email u as well
> 9:35 AM

> I am tied up today until 1:00. Does 1:00 or anytime after that work for you?
> 9:36 AM

> 1:00 works
> 9:37 AM

> Great. What number can I call you on?
> 9:38 AM

> 347 ██████
> 9:38 AM

Thu, May 28

1:26 

 39    **+1 (917)** ▮▮▮▮
st seen yesterday at 5:17 PM    

Email is better for me.
▮▮▮▮▮▮@morrisoncohen.com.
8:26 AM

Hi, thanks for getting back to me, how is 11:00AM. I'll email u as well
9:35 AM ✓✓

I am tied up today until 1:00. Does 1:00 or anytime after that work for you?
9:36 AM

1:00 works
9:37 AM ✓✓

Great. What number can I call you on?
9:38 AM

347 ▮▮▮▮▮▮
9:38 AM ✓✓

Thu, May 28

Hi, I'm just following up on this ?
3:17 PM ✓✓

We have been unable to locate the documents you seek. Apologies
3:18 PM

      

Sent from my iPhone