UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

                Plaintiff,

                -against-

MOSHE LAX, individually, as an executor of
the Chaim Lax Estate, as a trustee of the Chaim
Lax Family Trust, and as a trustee of the GAMA
Trust, ZLATY SCHWARTZ, individually, as
executor of the Chaim Lax Estate, as trustee of
the Chaim Lax Family Trust, and as a trustee
of the GAMA Trust; SHAINDY LAX;
JUDITH LAX; J.L., a minor; 299 HEWES
STREET REALTY CORP; 307 HEWES
STREET REALTY CORP; JBAM REALTY
LLC, a/k/a JBAM REALTY 2 LLC; BEN
ZION JACOBOWITZ; TOBY JACOBOWITZ;
SL HOLDINGS I, LLC; SL HOLDINGS II,
LLC; SL HOLDINGS III, LLC; SL HOLDINGS
IV, LLC; SL HOLDINGS V, LLC; DIAMOND
DYNAMICS LLC; KGK JEWELRY LLC;
CONGREGATION BAIS YEHUDAH
D'GANITCH; LX HOLDINGS LLC; MORRIS
SCHLAGER; GITTY SCHLAGER; JOSEPH
GREEN; HANNAH GREEN; HENRYGREEN;
and HERSHI GREEN,

                Defendants.
-------------------------------------------------------------X

Case No.: 1:18-cv-04061-ILG-PK

Dist. Judge I. Leo Glasser

Mag. Judge Peggy Kuo

### NOTICE OF NON-PARTY'S CROSS-MOTION TO QUASH SUBPOENA

**PLEASE TAKE NOTICE** that non-party Meltzer, Lippe, Goldstein & Breitstone, LLP ("Meltzer Lippe") seeks an order pursuant to Federal Rule of Civil Procedure 45(d) quashing the United States Fed.R.Civ.P. 30(b)(6) subpoena, before the Honorable Peggy Kuo, on a date to be

1

determined by this Court, and for such other and further relief as this Court deems just and proper in the circumstances.

Dated: Mineola, New York
      September 7, 2021

                            **MELTZER, LIPPE, GOLDSTEIN & BREITSTONE, LLP**

By: _____
                          Thomas J. McGowan, Esq.
                          *Attorneys for Non-Party*
                          *Meltzer, Lippe, Goldstein & Breitstone, LLP*
                          190 Willis Avenue
                          Mineola, New York 11501
                          (516) 747-0300
                          TomM@meltzerlippe.com