EXHIBIT "4"

4838-2734-1513, v. 1

```
1   FINANCIAL INDUSTRY REGULATORY AUTHORITY
2   (FINRA) DEPARTMENT OF JUSTICE TAX DIVISION
3   - - - - - - - - - - - - - - - - - - - - -x
4   In the Matter of:
5      MOSHE LAX, et al.,        Matter Number:
6   Testimony of:                1:18-CV-04061
7      STEVEN FINKELSTEIN
8   - - - - - - - - - - - - - - - - - - - - -x
9              Witness: Via Zoom - New York
               Reporter: Via Zoom - New York
10
               May 3, 2021
11             2:27 p.m. (EST)
12
13
14
15
16
17
18
19
20
21
22
23
    Job No. CS4551022
24  Stenographer: Garry J. Torres
25              *       *       *
```

```
 1   APPEARANCES:
 2
     DEPARTMENT OF JUSTICE TAX DIVISION
 3          Attorneys for Plaintiff
            UNITED STATES OF AMERICA
 4          Civil Trail Section -
            North Region 555 4th Street
 5          Northwest Room 7804
            Washington, DC 20001
 6          TEL: (202) 307-0854
            EMAIL: philip.l.bednar@usdoj.gov
 7
     BY:    PHILIP BEDNAR, ESQ.
 8          KARI LARSON, ESQ.
            ALI GADELHAK, ESQ.
 9
10
            Attorney for Non-Party Witness
11          GERARD VIRGA
            28 Liberty Street
12          New York, New York 10005
13   BY:    RICHARD MALTZ, ESQ.
14
15   BECKER & POLIAKOFF
            Attorneys for Defendant
16          ZLATY SCHWARTZ
            45 Broadway, 17th Floor
17          New York, New York 10006
            TEL: No phone
18          EMAIL: jmahon@beckerlawyers.com
19   BY:    JAMES MAHON, ESQ.
20
21   ALSO APPEARING:
22          MASCHILL POWELL, PARALEGAL
            ZLATY SCHWARTZ
23          SAMANTHA LESSER
            MOSHE LAX
24
                    *       *       *
25
```

1 which we did and we were successful.
2 Thereafter, we were substituted
3 in as attorneys of record in a pending
4 probate, and then we were -- at the same
5 time we were retained to do the estate tax
6 return because the firm that had been
7 working on the matter either -- I'm not
8 sure if they were discharged or if they
9 voluntarily withdrew.
10 Q. Okay. So just to summarize,
11 Finkelstein & Virga was involved in
12 defending against a petition to remove a
13 executor, it was also involved in the
14 general probate case and involved in
15 preparing a form 706 --
16 A. I'm not sure -- I'm sorry. I --
17 Q. There is a second topic that you
18 mentioned after you talked about defending
19 against the petition to remove. What was
20 the involvement with the surrogate's court
21 case?
22 A. So everything surrogate's court
23 is a separate proceeding. Special
24 proceedings under Article 4. So the
25 probate proceeding is a separate