Exhibit A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------x

UNITED STATES OF AMERICA,

    *Plaintiff,*

    *v.*

MOSHE LAX, individually, as an executor of the Chaim Lax Estate, as a trustee of the Chaim Lax Family Trust, and as a trustee of the GAMA Trust; ZLATY SCHWARTZ, individually, as executor of the Chaim Lax Estate, as trustee of the Chaim Lax Family Trust, and as a trustee of the GAMA Trust; SHAINDY LAX; JUDITH LAX; J.L., a minor; 299 HEWES STREET REALTY CORP; 307 HEWES STREET REALTY CORP; JBAM REALTY LLC, a/k/a JBAM REALTY 2 LLC; BEN ZION JACOBOWITZ; TOBY JACOBOWITZ; SL HOLDINGS I, LLC; SL HOLDINGS II, LLC; SL HOLDINGS III, LLC; SL HOLDINGS IV, LLC; SL HOLDINGS V, LLC; DIAMOND DYNAMICS LLC; KGK JEWELRY LLC; CONGREGATION BAIS YEHUDAH D'GANITCH; LX HOLDINGS LLC; MORRIS SCHLAGER; GITTY SCHLAGER; JOSEPH GREEN; HANNAH GREEN; HENNY GREEN; and HERSHI GREEN,

    *Defendants.*

----------------------------------------x

No. 1:18-cv-04061

## Stipulation

WHEREAS, the plaintiff United States of America commenced this action on July 16, 2018 to collect certain unpaid federal income and estate tax liabilities owed by the Estate of Chaim Lax (the "Estate") and set aside certain fraudulent transfers of the Estate's assets, among other things;

WHEREAS on December 13, 2018, the plaintiff United States served its First Requests for Production on the defendant Moshe Lax;

1

WHEREAS, the United States and Moshe Lax agree that Moshe Lax is in possession of emails that are potentially responsive to the United States' requests for production, and wish to agree on terms for the review and production of such emails;

NOW, THEREFORE, the plaintiff United States of America, by and through its undersigned counsel, and the defendant Moshe Lax, stipulate and agree as follows:

1. Moshe Lax will produce all non-privileged email in his Gmail account to the United States by following Steps 1 through 4 of the "Email Search and Production Protocol" set out in Exhibit 1, using the Privilege Search Terms set out in Exhibit 2.

2. Moshe Lax will review the emails withheld for privilege and produce a privilege log, along with any emails determined to be not privileged, following Steps 5 and 6 of the Email Search and Production Protocol.

3. Moshe Lax understands the Email Search and Production Protocol and agrees to follow each step therein. The United States agrees to provide technical guidance to Moshe Lax if needed to complete the Email Search and Production Protocol.

4. The United States will search the emails that Moshe Lax produces for responsiveness by running searches for the following categories of search terms, which are defined in Exhibit 3:

    a. Bank Accounts

    b. Entities

    c. Transactions

    d. Litigation

    e. Assets

    f. Witnesses and (all other categories, including Conduct)

5. In running the searches set out in paragraph 4, the United States may employ "fuzzy searching" to locate documents that contain misspelled search terms.

6. The United States will review and use in litigation only those emails that are responsive to the searches set out in paragraph 4, reserving the right to perform further searches subject to the parties' agreement or court approval.

7. In the event of a dispute over the process described above, either party may submit this Stipulation to the Court in order to seek Court intervention.

Dated: August __, 2019

August 28, 2019

Plaintiff United States of America

By:_____
STEPHANIE WEINER CHERNOFF
STEVEN S. TENNYSON
PINGPING ZHANG
Trial Attorneys, Tax Division
United States Department of Justice
P.O. Box 55 - Ben Franklin Station
Washington, DC 20044
Phone: (202) 307-2251
Fax: (202) 514-5238
E-mail: Stephanie.W.Chernoff@usdoj.gov

Defendant Moshe Lax

_____
MOSHE LAX
1653 58th Street
Brooklyn, NY 11204

5. In running the searches set out in paragraph 4, the United States may employ "fuzzy searching" to locate documents that contain misspelled search terms.

6. The United States will review and use in litigation only those emails that are responsive to the searches set out in paragraph 4, reserving the right to perform further searches subject to the parties' agreement or court approval.

7. In the event of a dispute over the process described above, either party may submit this Stipulation to the Court in order to seek Court intervention.

Dated: August 28, 2019

Plaintiff United States of America

By: */s/ Stephanie Weiner Chernoff*
STEPHANIE WEINER CHERNOFF
STEVEN S. TENNYSON
PINGPING ZHANG
Trial Attorneys, Tax Division
United States Department of Justice
P.O. Box 55 - Ben Franklin Station
Washington, DC 20044
Phone: (202) 307-2251
Fax: (202) 514-5238
E-mail: Stephanie.W.Chernoff@usdoj.gov

Defendant Moshe Lax

_____
MOSHE LAX
1653 58th Street
Brooklyn, NY 11204