**September 16, 2021** | 2:35 pm

# COVID-19 Vaccines

On August 23, the FDA announced the full approval of the Pfizer-BioNTech vaccine for the prevention of COVID-19 disease in individuals age 16 and older. Read more.

DETAILS >

## Department of State
### Division of Corporations



Exhibit
___C___

## Entity Information

[ Return to Results ]   [ Return to Search ]

### Entity Details

**ENTITY NAME:** WHITE COAT, INC.

**DOS ID:** 1758655

**FOREIGN LEGAL NAME:**

**FICTITIOUS NAME:**

**ENTITY TYPE:** DOMESTIC BUSINESS CORPORATION

**DURATION DATE/LATEST DATE OF DISSOLUTION:**

**SECTION OF LAW:** 402 BCL - BUSINESS CORPORATION LAW

**ENTITY STATUS:** Active

**DATE OF INITIAL DOS FILING:** 09/22/1993

**REASON FOR STATUS:**

**EFFECTIVE DATE INITIAL FILING:** 09/22/1993

**INACTIVE DATE:**

**FOREIGN FORMATION DATE:**

**STATEMENT STATUS:** PAST DUE DATE

**COUNTY:** New York

**NEXT STATEMENT DUE DATE:** 09/30/2011

**JURISDICTION:** New York, United States

**NFP CATEGORY:**

---

**ENTITY DISPLAY** | NAME HISTORY | FILING HISTORY | MERGER HISTORY | ASSUMED NAME HISTORY

### Service of Process Name and Address

**Name:** THE CORPORATION

**Address:** 580 5TH AVENUE SUITE 501, NEW YORK, NY, United States, 10036

### Chief Executive Officer's Name and Address

**Name:** MOSHE LAX

**Address:** 580 5TH AVE, STE 501, NEW YORK, NY, United States, 10036

### Principal Executive Office or Owner Name and Address

**Name:**

**Address:**

### Registered Agent Name and Address

**Name:**

**Address:**

### Entity Primary Location Name and Address

**September 16, 2021** | 2:35 pm

**COVID-19 Vaccines**

On August 23, the FDA announced the full approval of the Pfizer-BioNTech vaccine for the prevention of COVID-19 disease in individuals age 16 and older. Read more.

DETAILS >

# Department of State
## Division of Corporations

## Entity Name History

[Return to Results] [Return to Search]

### Entity Details

**ENTITY NAME:** WHITE COAT, INC.

**DOS ID:** 1758655

**FOREIGN LEGAL NAME:**

**FICTITIOUS NAME:**

**ENTITY TYPE:** DOMESTIC BUSINESS CORPORATION

**DURATION DATE/LATEST DATE OF DISSOLUTION:**

**SECTION OF LAW:** 402 BCL - BUSINESS CORPORATION LAW

**ENTITY STATUS:** Active

**DATE OF INITIAL DOS FILING:** 09/22/1993

**REASON FOR STATUS:**

**EFFECTIVE DATE INITIAL FILING:** 09/22/1993

**INACTIVE DATE:**

**FOREIGN FORMATION DATE:**

**STATEMENT STATUS:** PAST DUE DATE

**COUNTY:** New York

**NEXT STATEMENT DUE DATE:** 09/30/2011

**JURISDICTION:** New York, United States

**NFP CATEGORY:**

ENTITY DISPLAY | **NAME HISTORY** | FILING HISTORY | MERGER HISTORY | ASSUMED NAME HISTORY

Search In the List

| File Date | Document Type | Entity Name | File Number |
|---|---|---|---|
| 09/22/1993 | CERTIFICATE OF INCORPORATION | DYNAMIC DIAMOND, CORP. | 930922000289 |
| 02/26/2010 | CERTIFICATE OF AMENDMENT | WHITE COAT, INC. | 100226000109 |

Rows per page: 5    1-2 of 2