Moshe Lax
1653 58th St.
Brooklyn NY 11204
moshelax@gmail.com
(917) 921-7131

**ORIGINAL**



FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ OCT 19 2021 ★

BROOKLYN OFFICE

October 15, 2021

Hon. Peggy Kuo
United States Distruct Judge
Eastern District of New York
United State Courthouse
22 Cadman Plaza East
Brooklyn NY 11201

Re: <u>United States v. Lax et al. 1:18-cv-04061 ( IKG-PK)</u>

Dear Magistrate Judge Kuo,

I respectfully write on my own behalf pro se,
in RESPONSE TO MOTION TO COMPEL DEPOSITION TESTIMONY OF DEFENDANT MOSHE LAX
filed by plaintiff attorneys on September 10, 2021

The plaintiff suggests that I show a real and non- remote danger of incrimination through an in camera submission to the court.

I am ready to do that according to court's direction in order to protect my rights under the fifth amendment to the constitution of the United States

Therefore, I would respectfully ask the court for an in camera submission to enable me to show in a simple manner the real and non- remote danger of incrimination by answers to the plaintiffs questions in deposition.

Respectfully Yours,

_Moshe Lax_ (signature)
Moshe Lax