

|  |  |
|---|---|
| | **U.S. Department of Justice** |
| | **Tax Division** |
| *Trial Attorney: Ali Gadelhak* | *Please reply to:*  Civil Trial Section, Northern Region |
| *Attorney's Direct Line: 202-307-0854* | P.O. Box 55 |
| *Fax No.:  202-514-5238* | Washington, D.C. 20044 |
| *Ali.Gadelhak@usdoj.gov* | |

DAH:DMK:AGadelhak
DJ 5-52-20275
CMN 2017102332

December 22, 2021

**Via ECF**

Honorable Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   *United States v. Lax, et al.*
             1:18-cv-4061 (E.D.N.Y.)

Dear Judge Kuo:

     The Plaintiff United States of America hereby requests a one-day extension of time to file its reply brief related to defendant Moshe Lax's response [ECF 276], until December 23, 2021. The current deadline to file its reply is today, December 22, 2021. The United States requires additional time to complete its brief. Lax has consented to this extension. Therefore, the United States respectfully requests a one-day extension of time to file its reply, until December 23, 2021.

                                        Respectfully submitted,

                                        /s/ Ali Gadelhak
                                        ALI GADELHAK
                                        Trial Attorney
                                        Civil Trial Section, Northern Region

cc:   All counsel via ECF and defendant Moshe Lax via email.