# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| United States of America, <br> *Plaintiff* <br> v. <br> Moshe Lax, et al., <br> *Defendant* | ) <br> ) <br> ) Case No. 1:18-cv-04061-ILG-PK <br> ) <br> ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

plaintiff United States of America                        .

Date: 01/10/2023

/s/ Ryan D. Galisewski
*Attorney's signature*

Ryan D. Galisewski
*Printed name and bar number*

U.S. Department of Justice, Tax Division
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044
*Address*

Ryan.D.Galisewski@usdoj.gov
*E-mail address*

(202) 305-3719
*Telephone number*

(202) 514-5238
*FAX number*