Case Number:  18 - CV - 04061 ( ILG )(PK)

# PROPOSED DISCOVERY PLAN

|  | DONE | NOT APPLICABLE | DATE |
|---|---|---|---|
| **A. ACTIONS REQUIRED _BEFORE_ THE INITIAL CONFERENCE** | | | |
| 1. Rule 26(f) Conference held | | | 10/31/2018 |
| 2. Rule 26(a)(1) disclosures exchanged | | | 11/15/2018 |
| 3. Requests made: | | | |
|     a. Medical records authorization | | X | |
|     b. Section 160.50 releases for arrest records | | X | |
|     c. Identification of John Doe/Jane Doe defendants | | X | |
|     d. Proposed Stipulation of Confidentiality | X | | |
| 4. Procedures for producing Electronically Stored Information (ESI) discussed | X | | |
| **B. SETTLEMENT** | | | |
| 1. Plaintiff to make settlement demand | | X | |
| 2. Defendant to make settlement offer | | X | |
| 3. Referral to EDNY mediation program pursuant to Local Rule 83.8? (If yes, enter date to be completed) | | X | |
| 4. Settlement Conference (proposed date) | | X | |
| **C. PROPOSED DEADLINES** | | | |
| 1. Motion to join new parties or amend pleadings | | | 4/7/2023 |
| 2. Initial documents requests and interrogatories | | X | |
| 3. All fact discovery to be completed (including disclosure of medical records) | | | 4/7/2023 |
| 4. Joint status report certifying close of fact discovery and indicating whether expert discovery is needed | | | 4/7/2023 |
| 5. Expert discovery (only if needed) | _Check here if not applicable_ ☐ | | |

Rev. 9-14-18

| | Plaintiff expert proposed field of expertise: | MEDICAL, SELF-LIQUIDATING NOTE/ VALUATION | | |
|---|---|---|---|---|
| | Defendant expert proposed field of expertise: | TBD SELF-LIQUIDATING NOTE/VALUATION | | |
| | | DONE | NOT APPLICABLE | DATE |
| | a. Case-in-chief expert report due | | | 7/17/2023 |
| | b. Rebuttal expert report due | | | 9/5/2023 |
| | c. Depositions of experts to be completed | | | 10/23/2023 |
| 6. | Completion of ALL DISCOVERY | | | 10/23/2023 |
| 7. | Joint status report certifying close of all discovery and indicating whether dispositive motion is anticipated | | | 11/17/2023 |
| 8. | If District Judge requires Pre-Motion Conference, date to make request | | | 11/28/2023 |
| 9. | If District Judge does not require Pre-Motion Conference, date to submit briefing schedule | | | 11/28/2023 |
| 10. | Joint Pre-Trial Order due (if no dispositive motion filed) | | | 1/3/2024 |

### D. CONSENT TO MAGISTRATE JUDGE JURISDICTION

| | | |
|---|---|---|
| 1. | All parties consent to Magistrate Judge jurisdiction for dispositive motion? | ☐ Yes ☒ No |
| 2. | All parties consent to Magistrate Judge jurisdiction for trial? | ☐ Yes ☒ No |

### E. *COLLECTIVE ACTION AND CLASS ACTION MOTIONS ONLY*

| | | | |
|---|---|---|---|
| 1. Motion for collective action certification in FLSA cases | | X | |
| a. Response due | | X | |
| b. Reply due | | X | |
| 2. Motion for Rule 23 class certification | | X | |
| a. Response due | | X | |
| b. Reply due | | X | |

**This Scheduling Order may be altered or amended only upon a showing of good cause based on circumstances not foreseeable as of the date of this order.**

SO ORDERED:

*Peggy Kuo*                                    January 31, 2023
_____        _____
**PEGGY KUO**                                        **Date**
United States Magistrate Judge

Rev. 9-14-18