**ROGER BENNET ADLER, P.C.**
**COUNSELOR AT LAW**

233 BROADWAY-STE 2340           TEL. (212) 406-0181
NEW YORK, N.Y. 10279             FAX (212) 233-3801

February 7, 2023

*Via ECF*
Hon. I. Leo Glasser
Senior United States District Judge
U.S. District Court, E.D.N.Y.
c/o United States Courthouse, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201-1818

Re: <u>United States v. Lax</u>
(18-cv-4061)(ILG)

Dear Judge Glasser:

    I write to the Court in my capacity as counsel for the non-party witness Mr. Martin Ehrenfeld, who was previously adjudicated in civil contempt attendant to his failure to attend a deposition in the above captioned case. On February 6th, 2023, I was provided with a copy of the Government's February 3rd letter apprising the Court that Mr. Ehrenfeld had both returned to New York City, and was fully deposed on January 30th and 31st, 2023.

    I accordingly join in the Government's application to vacate the previously court ordered arrest warrant, mindful that both the sought deposition, and documents demanded have been provided. I now seek an opportunity to make an appropriate application to purge the financial penalty provision with a submission to be filed on, or before February 17th at 5:00 p.m.

    As the Court will note, I am copying Government counsel on this letter.

Very truly yours,

Roger Bennet Adler
*Attorney for Non-Party Witness Martin Ehrenfeld*

RBA/gr

Cc:

1

<u>*Via ECF*</u>
Samuel P. Jones, Esq.
c/o United States Department of Justice, Tax Division