**ROGER BENNET ADLER, P.C.**
**COUNSELOR AT LAW**

233 BROADWAY-STE 2340
NEW YORK, N.Y. 10279

TEL. (212) 406-0181
FAX (212) 233-3801

March 1, 2023

*Via ECF*
Hon. I. Leo Glasser
Senior United States District Judge
U.S. District Court, E.D.N.Y.
c/o United States Courthouse, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201-1818

    Re: <u>United States v. Lax (Motion to Purge Contempt)</u>
      (18-cv-4061)(ILG)

Dear Judge Glasser:

  I write in response to the Government's February 23rd, 2023 letter responding to my letter seeking an order purging the non-party witness Martin Ehrenfeld's $71,000 civil contempt penalty. Relying upon *New York State Organization for Women v. Terry*, 886 F. 3d 1339, 1353 [2nd Cir. 1989], Government counsel Samuel P. Jones, Esq. notes that the Government does not seek a "compensatory sanction," thereby leaving it to the Court's sound discretion how to treat the penalty mindful that it is predicated upon a coercive intent which has been achieved.

  Against both that backdrop, and the United States Supreme Court's decision in *Timbs v. Indiana*, 586 U.S. ___, 139 S. Ct. 682 [2019]), that fines and penalties not be excessive, I respectfully urge the Court to appropriately reduce the penalty to a sum not to exceed $10,000.

  The basis for the sought downward modification is predicated upon the lack of discernible litigative prejudice, and the witness's underlying psychological issues which I previously raised by way of mitigation of penalty.

1

Finally, please advise if the aforesaid March 8th conference will be conducted in your courtroom, or remotely on Zoom.

Very truly yours,

Roger Bennet Adler
*Attorney for Non-Party Witness Martin Ehrenfeld*

RBA/gr
Cc:

<u>Via ECF</u>
Samuel P. Jones, Esq.
c/o United States Department of Justice, Tax Division

<u>Via email</u>
Mr. Martin Ehrenfeld