**ROGER BENNET ADLER, P.C.**
**COUNSELOR AT LAW**

| | |
|---|---|
| 233 BROADWAY-STE 2340 | TEL. (212) 406-0181 |
| NEW YORK, N.Y. 10279 | FAX (212) 233-3801 |

*BY HAND*

March 16, 2023

Clerk's Office
U.S. District Court, E.D.N.Y.
c/o United States Courthouse, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201-1818

        Re: <u>United States v. Lax (Contempt Fine/Martin Ehrenfeld)</u>
            (18-cv-4061)(ILG)

Dear Sirs:

    I write to you in my capacity as counsel for the non-party witness Martin Ehrenfeld to enclose the $5,000 payment ordered by Senior U.S. District Judge I. Leo Glasser last Wednesday (payment enclosed). As you will note, I am copying Judge Glasser's chambers on this letter, as well as Government counsel. I thank you in advance for your anticipated cooperation in processing the payment pursuant to, and consistent with Judge Glasser's order, as reflected on case docket entry 361.

                              Very truly yours,

                              Roger Bennet Adler
                            *Attorney for Non-Party Witness Martin Ehrenfeld*

RBA/gr

Cc:

| | |
|---|---|
| <u>*Via 1st Class Mail*</u> | <u>*Via ECF*</u> |
| Hon. I. Leo Glasser | Samuel P. Jones, Esq. |
| c/o United States Courthouse, E.D.N.Y. | c/o U.S. Dept. of Justice |
| 225 Cadman Plaza East | |
| Brooklyn, New York 11201-1818 | <u>*Via email*</u> |
| | Mr. Martin Ehrenfeld |

1