UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,

    *Plaintiff,*

v.

MOSHE LAX, individually, as an executor of the Chaim Lax Estate, as a trustee of the Chaim Lax Family Trust, and as a trustee of the GAMA Trust; ZLATY SCHWARTZ, individually, as executor of the Chaim Lax Estate, as trustee of the Chaim Lax Family Trust, and as a trustee of the GAMA Trust; SHAINDY LAX; JUDITH LAX; J.L., a minor; 299 HEWES STREET REALTY CORP; 307 HEWES STREET REALTY CORP; JBAM REALTY LLC, a/k/a JBAM REALTY 2 LLC; BEN ZION JACOBOWITZ; TOBY JACOBOWITZ; SL HOLDINGS I, LLC; SL HOLDINGS II, LLC; SL HOLDINGS III, LLC; SL HOLDINGS IV, LLC; SL HOLDINGS V, LLC; DIAMOND DYNAMICS LLC; KGK JEWELRY LLC; CONGREGATION BAIS YEHUDAH D'GANITCH; LX HOLDINGS LLC; MORRIS SCHLAGER; GITTY SCHLAGER; JOSEPH GREEN; HANNAH GREEN; HENNY GREEN; and HERSHI GREEN,

    *Defendants*.
---------------------------------------------------------------x

No. 1:18-cv-04061-ILG-PK

Dist. Judge I. Leo Glasser

Mag. Judge Peggy Kuo

**STIPULATED FINAL PARTIAL JUDGMENT UNDER FED. R. CIV. P. 54(b)**

    The Plaintiff, United States of America, by and through its undersigned counsel, and the Defendant Shaindy Lax, individually, having stipulated to judgment,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

(1)    that the Plaintiff United States of America is entitled to judgment against Defendant Shaindy Lax, individually, in the sum of $36,248,639, plus statutory additions from and after September 19, 2023, including prejudgment and post-

1

       judgment interest, for civil liability under N.Y. Debt. & Cred. Law §§ 273 and 276; and

(2)    that Shaindy Lax is hereby released from the preliminary injunction in this case entered on July 27, 2018, at Docket No. 15.

There is no just reason for delaying the entry of this judgment as a final partial judgment under Fed. R. Civ. P. 54(b). This is a monetary judgment. The liability or not of additional defendants has no bearing on the financial liability of Defendant Shaindy Lax under this judgment. Accordingly, this judgment is final under Rule 54(b) without awaiting the resolution of the claims against other defendants.

**JUDGMENT TO THE PLAINTIFF AS STATED HEREIN.**

Dated: November 20, 2023                      /s/ I. Leo Glasser, U.S. District Judge
                                                                United States District Judge

AGREED TO:

DAVID A. HUBBERT
Deputy Assistant Attorney General
U.S. Department of Justice, Tax Division

*/s/ Philip L. Bednar*

KARI M. LARSON
Senior Litigation Counsel, Tax Division
U.S. Department of Justice
P.O. Box 403
Washington, D.C. 20044
P:  202-616-3822
F:  202-307-2504
Kari.M.Larson@usdoj.gov

PHILIP L. BEDNAR
RYAN D. GALISEWSKI
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 55
Washington, D.C.  20044
P:  202-307-6415 (plb), 202-305-3719 (rdg)
F:  202-514-5238 (plb, rdg)
Philip.L.Bednar@usdoj.gov
Ryan.D.Galisewski@usdoj.gov
Counsel for Plaintiff United States of America


BALISOK & KAUFMAN, PLLC


*/s/ Joseph Y. Balisok*
JOSEPH Y. BALISOK
251 Troy Avenue
Brooklyn, NY  11213
P:  (718) 928-9607
F:  (718) 534-9747
joseph@lawbalisok.com
Counsel for Defendant Shaindy Lax