UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA, : <br> : <br>     *Plaintiff,* : <br> : <br>     *v.* : <br> : <br> MOSHE LAX, individually, as an executor of : <br> the Chaim Lax Estate, as a trustee of the Chaim : <br> Lax Family Trust, and as a trustee of the GAMA : <br> Trust; ZLATY SCHWARTZ, individually, as : <br> executor of the Chaim Lax Estate, as trustee of the : <br> Chaim Lax Family Trust, and as a trustee of the : <br> GAMA Trust; SHAINDY LAX; JUDITH LAX; : <br> J.L., a minor; 299 HEWES STREET REALTY : <br> CORP; 307 HEWES STREET REALTY CORP; : <br> JBAM REALTY LLC, a/k/a JBAM REALTY 2 : <br> LLC; BEN ZION JACOBOWITZ; TOBY : <br> JACOBOWITZ; SL HOLDINGS I, LLC; : <br> SL HOLDINGS II, LLC; SL HOLDINGS III, LLC; : <br> SL HOLDINGS IV, LLC; SL HOLDINGS V, LLC; : <br> DIAMOND DYNAMICS LLC; KGK JEWELRY : <br> LLC; CONGREGATION BAIS YEHUDAH : <br> D'GANITCH; LX HOLDINGS LLC; : <br> MORRIS SCHLAGER; GITTY SCHLAGER; : <br> JOSEPH GREEN; HANNAH GREEN; : <br> HENNY GREEN; and HERSHI GREEN, : <br> : <br>     *Defendants*. : | No. 1:18-cv-04061-ILG-PK <br><br> Dist. Judge I. Leo Glasser <br><br> Mag. Judge Peggy Kuo |

**STIPULATED FINAL PARTIAL JUDGMENT UNDER FED. R. CIV. P. 54(b)**

The Plaintiff, United States of America, by and through its undersigned counsel, and the Defendants Moshe Lax and Zlaty Schwartz, each as an executor of the Chaim Lax Estate, a trustee of the Chaim Lax Family Trust, and a trustee of the GAMA Trust, having stipulated to judgment, and the Court having granted the United States' motion for summary judgment in part with respect to the federal income tax liabilities of the Chaim Lax Estate for years 2002, 2003, 2004, 2006, and 2007 (Docket No. 294),

1

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

(1) that the Plaintiff United States of America is entitled to judgment against Defendants Moshe Lax, as executor of the Chaim Lax Estate, and Zlaty Schwartz, as executor of the Chaim Lax Estate, jointly and severally, in the sum of $63,244,515.25, plus statutory additions from and after September 23, 2020, including interest, pursuant to 26 U.S.C. §§ 6601, 6621, 6622, and 28 U.S.C. § 1961(c), for unpaid federal income taxes (Form 1040) for tax years 2002, 2003, 2004, 2006, and 2007, and for unpaid federal estate taxes (Form 706);

(2) that the Plaintiff United States of America is entitled to judgment against Defendants Moshe Lax, as trustee of the Chaim Lax Family Trust, and Zlaty Schwartz, as trustee of the Chaim Lax Family Trust, jointly and severally, in the sum of $40,969,580.09, plus post-judgment interest, for civil liability under N.Y. Debt. & Cred. Law §§ 273 and 276; and

(3) that valid and subsisting federal tax liens securing the federal estate tax liabilities of the Estate of Chaim Lax attached to, and continue to attach to, the assets of the GAMA Trust, and that such federal tax liens may be enforced against all assets of the GAMA Trust by a judicial sale of those assets, including by a Court-appointed receiver pursuant to 26 U.S.C. § 7403(d) if requested by the United States.

There is no just reason for delaying the entry of this judgment as a final partial judgment under Fed. R. Civ. P. 54(b). This is primarily a monetary judgment. The liability or not of additional defendants has no bearing on the liability of the Chaim Lax Estate or the Chaim Lax Family Trust, or on the ability of the United States to enforce its federal tax liens against the

assets of the GAMA Trust. Accordingly, this judgment is final under Rule 54(b) without awaiting the resolution of the claims against other defendants.

**JUDGMENT TO THE PLAINTIFF AS STATED HEREIN.**

Dated: October 7, 2025　　　　　　　　　　/s/ I. Leo Glasser, U.S. District Judge
　　　　　　　　　　　　　　　　　　　　United States District Judge

AGREED TO:

UNITED STATES OF AMERICA

*/s/ Philip L. Bednar*

KARI M. LARSON
Senior Litigation Counsel, Tax Division
U.S. Department of Justice
P.O. Box 403
Washington, D.C. 20044
P: 202-616-3822
F: 202-307-2504
Kari.M.Larson@usdoj.gov

PHILIP L. BEDNAR
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Washington, D.C. 20044
P: 202-307-6415
F: 202-514-5238
Philip.L.Bednar@usdoj.gov
Counsel for Plaintiff United States of America

BECKER & POLIAKOFF, LLP


*/s/ James J. Mahon*
JAMES J. MAHON
SAMANTHA A. LESSER
45 Broadway, 17th Floor
New York, NY 10006
P:  (212) 599-3322
F:  (212) 557-0295
jmahon@beckerlawyers.com
salesser@beckerlawyers.com
Counsel for Defendant Zlaty Schwartz



MOSHE LAX


*/s/ Moshe Lax*
MOSHE LAX
10201 E. Bay Harbor Drive
Miami, FL  33154
Defendant *Pro Se*