United States Bankruptcy Court
Eastern District of New York

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was
filed under Chapter 11 of the United States Bankruptcy Code,
entered on 12/05/2025 at 07:58 AM and filed on 12/05/2025.



**Aron Z. Lax**
1151 42nd Street
3 FL
Brooklyn, NY 11219
SSN / ITIN: xxx-xx-1946

The case was filed by the debtor's attorney:

**Vivian Sobers**
Sobers Law, PLLC
11 Broadway
Suite 615
New York, NY 10004
917-225-4501

The case was assigned case number 1-25-45855-ess to Judge Elizabeth S. Stong.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against
the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at
all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take
other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights
in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our
*Internet* home page https://ecf.nyeb.uscourts.gov/ or at the Clerk's Office, 271-C Cadman Plaza East, Suite 1595,
Brooklyn, NY 11201-1800.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth
important deadlines.

**Paul Dickson**
**Clerk, U.S. Bankruptcy Court**

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 12/05/2025 08:20:09 | | | |
| **PACER Login:** | vsobers121 | **Client Code:** | |
| **Description:** | Notice of Filing | **Search Criteria:** | 1-25-45855-ess |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |